■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR G. SUTLIFF, Appellant.— Defendant petitions for an order directing that he be furnished stenographer's minutes of a trial to use upon an appeal to this court. It does not appear that defendant has been granted leave to prosecute his appeal as a poor person. In any event, after a person has been permitted to prosecute as a poor person, stenographer's minutes should be furnished only upon order of the court or Justice before whom the case has been tried. (Civ. Prac. Act, § 1493.) Motion denied, without prejudice. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ TRANS-CANADA ASSURANCE AGENCIES, INCORPORATED, et al., Respondents, v. CITY OF MECHANICVILLE, Defendant, and JAMES G. HEFFERNAN, as Mayor of the City of Mechanicville, Intervenor-Appellant.— Application for a stay pending determination of certain appeals. Application granted, without costs, upon condition that the record on appeal and brief be served and filed on or before April 20, 1956, and the matters are ready for argument at the May Term of this court. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ In the Matter of the Claim of GRACE AMES (Now GRACE A. AMO) et al., Respondents, against BRENTWOOD FIRE DEPARTMENT et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for reargument, or in the alternative, for permission to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ. [See *ante,* p. 859.]

■ In the Matter of the Claim of KATHERINE ELLIOTT et al., Respondents, against BRENTWOOD FIRE DEPARTMENT et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for reargument, or in the alternative, for permission to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ. [See *ante,* p. 859.]

■ JEAN E. GARRISON, Appellant, v. ELIZABETH M. GARRISON, Individually and as Executrix of ROY A. GARRISON, Deceased, Respondent.— Motion to amend the decision of this court, handed down March 21, 1956, to allow costs to plaintiff-appellant granted. Settle order on notice. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ. [See *ante,* p. 913.]